UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                       Case No.: 6:09-bk-11663-ABB
                                             Chapter 13

CORAZON B. CALALANG,

    Debtor.
_____/

NOTICE OF CHANGE OF ADDRESS

**COMES NOW,** the Debtor, Corazon B. Calalang, by and through her undersigned attorney, and files her Notice of Change of Address, as follows:

Florida Hospital Credit Union
115 Boston Avenue, Suite 2400
Altamonte Springs, FL 32701

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by ECF to Laurie K. Weatherford, Trustee, and by U.S. MAIL to the U.S. Bankruptcy Court, c/o Financial Administrator, 801 North Florida Avenue, Suite 727, Tampa, Florida 33602-3899 on this 26TH day of October, 2015.

MARTIN D. SCHWEBEL, ESQUIRE
Florida Bar No. 442267
P.O. Box 941664
Maitland, Florida 32794-1664
Telephone: (407) 896-6633
Facsimile: (407) 896-8890
E-mail: schwebellaw1@cfl.rr.com
Attorney for Debtor